IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | C.A. #2:04-22393-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| $86,890.00 Dollars in U.S. Currency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon the magistrate judge's recommendation that the government's motion to strike Neal Bryant's claim be granted. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with this Court's Order of Reference and 28 U.S.C. § 636(b)(1)(B).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report. Moreover, the report and recommendation sent to Neal Bryant was returned with "NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD" marked on the envelope, and no change of address has been provided to the court.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is hereby **ordered** that the government's motion to strike of claim of Neal Bryant is **GRANTED**, and the government shall proceed with their claim of forfeiture.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as

the order of this Court.

**AND IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina

January 25, 2006

2